1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ANDRAS FARKAS, Bar #254302
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  CODY R. PARKER DEPRIEST

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       ) Case No.  1:12-mj-0079 SKO
                                    )
12                 *Plaintiff*,     ) **STIPULATION AND ORDER TO**
                                    ) **CONTINUE REVIEW HEARING**
13  vs.                             )
                                    ) DATE:  April 3, 2014
14  CODY R. PARKER DEPRIEST,        ) TIME:   10:00 a.m.
                                    ) JUDGE: Hon. Stanley A. Boone
15                 *Defendant*.     )
                                    )
16  _____     )

17

18  **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

19  respective attorneys of record herein, that the review hearing in the above-captioned matter now

20  set for October 10, 2013, may be continued to April 3, 2014, at 10:00 A.M.

21  Mr. DePriest has complied with the recommended service requirement and states that he

22  has been mailing regular restitution payments.  The government cannot confirm that payments

23  have been made due to the government shutdown.  The requested continuance will conserve time

24  and resources for both counsel and the court.  Special Assistant United States Attorney Elliott C.

25  Montgomery has no objection to this request.

26  ///

27

28

                                      -1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

DATED: October 8, 2013        By:    /s/ Elliott C. Montgomery
                                ELLIOTT MONTGOMERY
                                Special Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender

DATED: October 8, 2013        By:    /s/ Andras Farkas
                                ANDRAS FARKAS
                                Assistant Federal Defender
                                Attorney for Defendant
                                Cody R. Parker DePriest


IT IS SO ORDERED.

Dated:   **October 9, 2013**                                          

                                UNITED STATES MAGISTRATE JUDGE